175 So.2d 644

**Austin MILLER et al., Albert
B. Richard et al.**

**v.**

**COLONIAL PIPELINE COMPANY.**

No. 47784.

June 8, 1965.

In re: Femie Romins Smith and Wilfred Richard applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Jefferson Davis. 173 So.2d 840.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

175 So.2d 645

**Austin MILLER et al. and Albert
B. Richard et al.**

**v.**

**COLONIAL PIPELINE COMPANY.**

No. 47794.

June 8, 1965.

In re: Colonial Pipeline Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Jefferson Davis. 173 So.2d 846.

Writ refused. On the facts found by the Court of Appeal the result is correct.

175 So.2d 645

**STATE of Louisiana**

**v.**

**Dan MARICLE.**

No. 47796.

June 8, 1965.

In re: Dan Maricle applying for writs of certiorari and review.

Writ refused. There are no perfected bills of exceptions and there is no error patent on the face of the record.

175 So.2d 645

**In re: Bobby Milton McALLISTER Applying
for Writ of Habeas Corpus.**

No. 47798.

June 8, 1965.

In re: Bobby Milton McAllister applying for writs of certiorari and habeas corpus.

Writs refused. There appears no error of law in the ruling complained of.